# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ORLANDO ISMAEL TURO-NUNEZ,

    Petitioner,

v.                                                   CASE NO. 4:17cv529-RH/CAS

JESS SESSIONS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation ECF No. 9. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed as moot." The clerk must close the file.

SO ORDERED on April 10, 2018.

                                          s/Robert L. Hinkle
                                          United States District Judge